UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREENWICH INSURANCE COMPANY,

                Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                Defendant.

------------------------------------------------------------x

ECF CASE

Case No. 07 CV 7321

CERTIFICATE PURSUANT TO FED. R. CIV. PRO. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for plaintiff Greenwich Insurance Company, certifies that Greenwich is a wholly-owned subsidiary of XL Reinsurance Company of America, which in turn is a wholly-owned subsidiary of XL Capital Group, which is a publicly traded company.

Dated: August 14, 2007

                                            WOLFF & SAMSON PC
                                            Attorneys for Plaintiff
                                            Greenwich Insurance Company
                                            One Boland Drive
                                            West Orange, New Jersey 07052
                                            (973) 325-1500

                                            By: _____
                                                 JONATHAN BONDY (JB-3106)