USDS SDNY

[ELECTRONICALLY FILED]

FILED: 10/11/07

SULLIVAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GREENWICH INSURANCE COMPANY,         :
                                     :    07 Civ. 07321(RJS)
                    Plaintiff,       :
                                     :
       -against-                     :    **STIPULATION & ORDER**
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                    Defendant.       :
------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for defendant to answer, move, or otherwise respond to the Complaint is hereby extended by 21 days from October 15, 2007, to November 5, 2007.

Dated: West Orange, New Jersey
       October __, 2007

                                    WOLFF & SAMSON, PC
                                    *Attorneys for Plaintiff*

                            By:     _____
                                    SCOTT J. GOLDSTEIN, ESQ.
                                    One Boland Drive,
                                    West Orange, New Jersey 07052
                                    Tel: (973) 530-2076

Dated: New York, New York
       October __, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    *Attorney for Defendant*

                            By:     _____

LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2734

SO ORDERED:

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE