## CERTIFICATE OF SERVICE

       I, Li Yu, an Assistant United States Attorney for the Southern District of New York, hereby certify that, on October 29, 2007, I caused a copy of the foregoing Answer to be served upon counsel for plaintiff, by electronic mail and first-class mail, at the address below:

       Scott J. Goldstein, Esq.
       Wolff & Samson, PC
       One Borland Drive,
       West Orange, New Jersey 07052

Dated: New York, New York
       October 29, 2007

                                                                  s/   Li Yu
                                                                  Li  Yu
                                                                  Assistant United States Attorney