

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

**MEMO ENDORSED**

December 6, 2007

**BY HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

Re:   Greenwich Ins' Co. v. United States, 07 Civ. 7321 (RJS) and St. Paul Mercury Ins' Co. v. United States, 07 Civ. 7435 (RJS)

Dear Judge Sullivan:

This Office represents the United States Internal Revenue Service (the "IRS") in the above-referenced, related wrongful levy actions. On behalf of all parties in these cases, I write to respectfully seek an adjournment of the initial pre-trial conference that is currently scheduled for 12:45 PM on December 18, 2007 to a date in early January 2008 that is convenient for the Court.

The adjournment is requested because the IRS, Greenwich Insurance Company ("Greenwich") and St. Paul Mercury Insurance Company ("St. Paul") will be meeting on December 20, 2007 with all the entities known to have asserted an interest in the funds subject to the IRS levy. These parties include the New York City Housing Authority ("NYCHA") – the entity holding the funds subject to the IRS levy at issue, NAP Construction Company, Inc. ("NAP") – the contractor whose withholding taxes giving rise to the IRS levy, the New York state tax authorities, and a third surety that issued performance and payment bonds for NAP. The purpose of the December 20th meeting is to enable the attendees to explain the factual basis for their respective claims and to seek a consensual resolution of those competing claims. Even if the parties fail to resolve the competing claims at the December 20th meeting, that meeting will allow the IRS, Greenwich and St. Paul to obtain a fuller understanding of the facts relevant to the above-referenced litigations and to better plan for discovery in those actions.

This is the parties' first request for an adjournment. If this request is granted, the parties respectfully request that the dates for submitting a letter summarizing key elements of the case and the proposed Case Management Plan and Order also be postponed to, respectively, seven and four days before the date of the re-scheduled initial pre-trial conference. See Orders dated December 4, 2007 in Greenwich Ins' Co. v. United States and in St. Paul Mercury Ins' Co. v. United States.

We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York

                    By:     /s/ Li Yu
                                LI YU
                                Assistant United States Attorney
                                Telephone No. (212) 637-2734
                                Facsimile No. (212) 637-2686
                                Email: li.yu@usdoj.gov

[Handwritten order:] The Dec. 18, 2007 Conference is hereby adjourned to January 10, 2008 at 11:30 AM. The parties are to submit a joint letter and proposed case management plan together on January 1, 2008.

SO ORDERED
Dated: 12/7/07
RICHARD J. SULLIVAN
U.S.D.J.

cc:   Jonathan Bondy, Esq. (By Facsimile)
      Wolff & Samson PC
      One Boland Drive
      West Orange, NJ 07052
      Fax no.: 973-530-2252

      John F. Hamilton, Esq. (By Facsimile)
      Westermann Hamilton Sheehy Aydelott & Keenan LLP
      Garden City Center, Suite 502
      100 Quentin Roosevelt Blvd.
      Garden City, NY 11530
      Fax no.: 516-794-1277