USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREENWICH INSURANCE CO.,

               Plaintiff,

-v-

UNITED STATES OF AMERICA,

               Defendant.

No. 07 Civ. 7321 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    By letter dated January 25, 2008, plaintiff seeks leave to file an amended complaint in the above-entitled action, and indicates that defendant consents to its request.

    IT IS HEREBY ORDERED that plaintiff's request to file an amended complaint is GRANTED. Plaintiff shall file and serve an amended complaint by February 8, 2008.

SO ORDERED.

Dated:    New York, New York
            January 29, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE