# WOLFF & SAMSON PC

COUNSELLORS AT LAW

THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
JBondy@WolffSamson.com
WRITER'S DIRECT DIAL:
973-530-2052
WRITER'S TELECOPIER:
973-530-2252

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID H. HYNAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO*
JEFFREY M. GUSSOFF*
JOHN F. CASEY
JAMES O. FERRUCCI
JOHN M. SIMON

JOHN A. McKINNEY, JR.
STEPHEN L. FERSZT*
LAURENCE M. SMITH
WILLIAM E. GOYOAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
LORI GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
DANIEL H. MURPHY*
ROBERT H. CRESPI*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
BARBARA B. MANAHAN
RONALD L. ISRAEL*

AARON D. BASSAN
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
DORIT F. KRESSEL*
JOSEPH MONAGHAN
STEPHEN G. CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*
DONNA M. EREM
COUNSEL
CARL B. LEVY
RHONDA CARNIOL*
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL*△
STEPHEN M. ASPERO*
STEPHEN A. KISKER*
DAVID E. WOLFF*
ARTHUR T. HILSON*
OF COUNSEL
JOSEPH A. DICKSON
BRUCE D. ETTMAN*
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES*
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
THOMAS J. TRAUTNER
LINDA D. SULLIVAN*
JENNIFER R. JACOBUS
JOSHUA M. LEE
KAREN L. SHAMIR

TODD W. TERHUNE
SHANNON L. KEIM
MARGARET O'ROURKE WOOD
MARK A. FORAND*
DENISE J. PIPERSBURGH*
RUSSEL D. FRANCISCO*
NICOLE F. DIMARIA
DANIEL T. McKILLOP
FARAH N. HOMSI*
SCOTT E. LINSKY*
DAVID M. DUGAN*
ELISA M. PAGANO
KATHRYN E. SONG*
KIRAN V. SOMASHEKARA*
ELIZABETH J. MAZZA
RACHEL C. SANTARLAS△
XAVIER M. BAILLIARD
KEYANA C. LAWS*
SCOTT J. GOLDSTEIN*
MELISSA A. SALIMBENE*
JONATHAN L. CASSADY
NICOLE K. MARTIN
ERIC YUN
JENNIFER L. DE LYON
NANCY A. DEL PIZZO*
DARREN GRZYB
BETH J. ROTENBERG*
DEEPA A. KAIREN*
BRIAN KANTAR*
ELIZABETH C. YOO*
PETER D. SIMON
JOSHUA M. LEVY*
PATRICIA D. CLEARY*
GRAHAM H. CLAYBROOK
KIMBERLY DILORENZO
CHRISTOPHER J. DONADIO
MAULIK M. SANGHAVI
MERISA B. VINICK

*MEMBER NJ AND NY BARS
'MEMBER NY BAR ONLY
△REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

PLEASE REPLY TO WEST ORANGE



March 18, 2008

**Via Federal Express**

Hon. Richard J. Sullivan, U.S.D.J.
United States Courthouse
500 Pearl Street - Room 615
New York, NY 10007

      Re:    **Greenwich Insurance Co. v. United States - 07-CV-7321 (RJS)**
              **St. Paul Mercury Insurance Co. v. United States - 07-CV-7435 (RJS)**
              **Centennial Insurance Co. v. United States – 08-CV-0050 (RJS)**

Dear Judge Sullivan:

      We represent Greenwich Insurance Company, the plaintiff in the first of the three above-referenced matters. I write on behalf of all counsel in the three cases to request an adjournment of the Initial Pre-Trial Conference that is scheduled to be held on March 27, 2008 at 10 a.m..

      The three cases, which have not been consolidated but are all related, were filed by three different surety companies, each of which issued surety bonds on behalf of NAP Construction Co., Inc. in connection with contracts between NAP and the New York City Housing Authority. The Internal Revenue Service filed a levy, since amended, with NYCHA to restrain payment of funds due NAP under its contracts due to NAP's alleged failure to remit payroll taxes. The Sureties, each of which has received claims under the bonds they issued on behalf of NAP and

1120951.2



**WOLFF & SAMSON** PC
Hon. Richard J. Sullivan, U.S.D.J.
March 18, 2008
Page 2

some of which have already incurred losses, filed their lawsuits to vacate the IRS' levy, with each of the Sureties setting forth various theories under which each Surety contends it has a priority position vis-à-vis the IRS.

Counsel for the parties, as well as counsel for NAP, have met on two occasions, most recently on Friday, March 14, 2008, and a significant amount of documentary discovery has already been exchanged. One of the primary issues to be resolved is the amount of unpaid withholding taxes due from NAP and, more importantly with respect to the Sureties, to what extent the global arrearages accrued on a project-by-project basis. As a general matter, the IRS agrees with the Sureties that the status of the IRS as a beneficiary under Article 3-A of the New York Lien Law is to be assessed on a project-by-project basis. As such, the amounts due the IRS, as an Article 3-A beneficiary, must be determined by analyzing each specific project.

Additional analysis of the records maintained by NAP, as well as records recently provided, is under way. It is the parties' hope and expectation that upon completion of this review, they will begin negotiations expeditiously to seek to reach a settlement. Furthermore, the discovery that would be necessitated and set forth in any schedule that may be issued by the Court is already under way.

Accordingly, the parties hereby request an adjournment of the initial conference to a date convenient to the Court in late April or early May. This request constitutes the parties' third request for an adjournment. Previous requests were granted by Your Honor pursuant to orders dated December 7, 2007 and February 13, 2008; the most recent request was granted in response to the January 7, 2008 letter submitted by counsel for the IRS due to the fact that the action commenced by Centennial had been assigned to Judge Koeltl, and an adjournment was needed so that the case could be reassigned to you, which has occurred. As no scheduling order has been entered in the cases, granting this request will not require adjustment of other deadlines.

We thank the Court for its consideration of this request.

Respectfully,

JONATHAN BONDY

JB/oc
cc: Li Yu, Esq. (via e-mail only)
John Hamilton, Esq. (via e-mail only)
Steve Weinberg, Esq. (via e-mail only)

*The parties' third request for an adjournment of the initial conference in these actions is DENIED. The parties shall appear on March 27, 2008 as previously scheduled.*

SO ORDERED.
Date: 3/19/08
RICHARD J. SULLIVAN
U.S.D.J.