UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07 Civ. 7321 (RJS)<br>ORDER |
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07 Civ. 7435 (RJS) |
| CENTENNIAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 08 Civ. 0050 (RJS) |

RICHARD J. SULLIVAN, District Judge:

By joint letter dated June 3, 2008, the parties in the above-entitled consolidated actions request a sixty-day extension of the existing discovery deadlines in order to finalize a tentative settlement agreement.

IT IS HEREBY ORDERED that the discovery deadlines set forth in the Joint Case Management Plan and Scheduling Order dated March 27, 2008 are hereby STAYED for thirty days.

IT IS FURTHER ORDERED that the parties shall submit a joint letter by June 30, 2008 regarding the status of settlement negotiations and the need, if any, to extend the stay of discovery.

SO ORDERED.

Dated:     New York, New York
           June 10, 2008

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE