UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 07 Civ. 7321 (RJS)<br>ORDER |
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 07 Civ. 7435 (RJS) |
| CENTENNIAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 08 Civ. 0050 (RJS) |

RICHARD J. SULLIVAN, District Judge:

      By letter dated July 31, 2008, plaintiff Greenwich Insurance Company ("Greenwich"), writing on behalf of all parties in the above-entitled consolidated actions, requests a further stay of discovery as the parties continue settlement negotiations. Greenwich indicates that it "expect[s]" that a stipulation resolving this case "will be executed and submitted to the Court by

the end of August . . . ." (Greenwich's July 31 Ltr. at 1.) Previously in these actions, the Court granted two requests by the parties to adjourn or to stay the discovery deadlines set forth in this Court's March 27, 2008 Case Management Plan and Scheduling Order.

IT IS HEREBY ORDERED that the parties' request to further extend the discovery deadlines in these actions is DENIED.

Rather, given that the parties indicate that this action will be resolved by the end of August, IT IS HEREBY ORDERED that these actions are DISMISSED with prejudice; provided, however, that if settlement is not consummated within forty five days of the date of this Order, any party in these actions may apply by letter within the forty five day period for restoration of the action or actions to my docket, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         August 4, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2